IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                    Case No. 3:12-cr-00150-1

                Plaintiff,              O R D E R

        -vs-                              JUDGE JACK ZOUHARY

Mario F. Hernandez,

                Defendant.

This criminal case was referred to United States Magistrate JudgeJames R. Knepp, with consent of the parties, to conduct a change of plea hearing. The Magistrate Judge filed his Report and Recommendation (R&R) (Doc. No. [8]); no Objection has been filed.

This Court finds that the requirements of Federal Criminal Rule 11 have been satisfied; Defendant was properly afforded his rights under the United States Constitution; Defendant was correctly found to be competent, aware of the charges and consequences of conviction and of the waiver of his rights; and Defendant knowingly, intelligently and voluntarily consented to the Magistrate Judge and entered a guilty plea for which there was an adequate factual basis.

After a *de novo* review of the record and R&R, the Magistrate's findings are adopted, Defendant's guilty plea is accepted, and a finding of guilty is entered.

IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

                                                  May 10, 2012